**Thomas WASHAM**

v.

**THOMAS WASHAM $4,458,000.00 PROPERTY RECEIPT #7015 3430 0000 2068 2452**

**Appeal of: Thomas Washam**

**No. 33 EAP 2017**

Supreme Court of Pennsylvania.

December 27, 2017

Thomas S. Washam, Dallas, PA, pro se.

## ORDER

PER CURIAM

**AND NOW,** this 27th day of December, 2017, the Notice of Appeal is quashed.